BRUMBACK *v.* PAUL.

APPEAL from the *Elkhart* Common Pleas.

*Per Curiam.*—The judgment in this case is reversed, with costs, cause remanded, &c., for the reasons given in *Warren* v. *Paul*, at this term, the questions in the two cases being alike.

*Robert Lowry*, for the appellant.

*John H. Baker*, for the appellee.